**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| ALEXANDER D. SAMMONS,<br><br>                    Petitioner,<br><br>        v.<br><br>Warden, H.D.S.P., S. PERRY,<br><br>                    Respondent.<br>_____ | ) Case No. CV 15-03780-CAS (AS)<br>)<br>) ORDER OF DISMISSAL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**I.   BACKGROUND**

On May 19, 2015, <u>pro se</u> Petitioner, located at High Desert State Prison in Susanville, California, filed a one-page Motion for a Stay and Abeyance ("Motion"). Petitioner does not allege any claims. The Court is not in a position to determine whether the stay of a federal habeas petition might be warranted.

A Petition for Writ of Habeas Corpus can only be issued if petitioner is in state custody and that such custody is in

1

violation of the Constitution, laws or treaties of the United States.   28 U.S.C.   § 2254(c).   Petitioner fails to allege any claim(s), much less any claims which go to the fact or duration of his confinement.   See <u>Preiser v. Rodriquez</u>, 411 U.S. 475, 489 (1973).

Since Petitioner does not state a claim for relief under 28 U.S.C. § 2254, denial of the Motion is warranted.

## II.   <u>ORDER</u>

ACCORDINGLY, IT IS ORDERED that the Motion be dismissed without prejudice.[1]

DATED: 06/01/15

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

---

[1]   Petitioner may request a stay and abeyance of his actual federal habeas petition, if necessary.

2